Exhibit 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-411-628**
**Effective Date of Registration:**
August 02, 2024
**Registration Decision Date:**
September 09, 2024

## Title

**Title of Work:** Rush

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** April 08, 2018
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Russell Parker
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Russell Parker
504/188 Avenida Almirante Ary Parreiras, Icaraí, Niterói, Rio de Janeiro, 24-230-322, Brazil

## Rights and Permissions

**Name:** Russell Parker
**Email:** hello@russfussuk.com
**Address:** 504/188 Avenida Almirante Ary Parreiras
Icaraí, Niterói
Rio de Janeiro 24-230-322 Brazil

## Certification

**Name:** David Denholm



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-412-426**

**Effective Date of Registration:**
August 02, 2024

**Registration Decision Date:**
September 12, 2024

## Title

**Title of Work:** MidnightFrost

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** November 12, 2017
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Russell Parker
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Russell Parker
504/188 Avenida Almirante Ary Parreiras, Icaraí, Niterói, Rio de Janeiro, 24-230-322, Brazil

## Rights and Permissions

**Name:** Russell Parker
**Email:** hello@russfussuk.com
**Address:** 504/188 Avenida Almirante Ary Parreiras
Icaraí, Niterói
Rio de Janeiro 24-230-322 Brazil

## Certification

**Name:** David Denholm



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-411-837**
**Effective Date of Registration:**
August 02, 2024
**Registration Decision Date:**
September 10, 2024

## Title

**Title of Work:** ExoticBloom

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** June 17, 2018
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Russell Parker
  **Pseudonym:** Russfuss, pseud.
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Russell Parker
504/188 Avenida Almirante Ary Parreiras, Icaraí, Niterói, Rio de Janeiro, 24-230-322, Brazil

## Rights and Permissions

**Name:** Russell Parker
**Email:** hello@russfussuk.com
**Address:** 504/188 Avenida Almirante Ary Parreiras
Icaraí, Niterói
Rio de Janeiro 24-230-322 Brazil

## Certification



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-412-295**

**Effective Date of Registration:**
August 02, 2024

**Registration Decision Date:**
September 12, 2024

## Title

**Title of Work:** HybridTheory

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** August 24, 2018
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Russell Parker
  **Pseudonym:** Russfuss, Russfussuk
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Russell Parker
504/188 Avenida Almirante Ary Parreiras, Icaraí, Niterói, Rio de Janeiro, 24-230-322, Brazil

## Rights and Permissions

**Name:** Russell Parker
**Email:** hello@russfussuk.com
**Address:** 504/188 Avenida Almirante Ary Parreiras
Icaraí, Niterói
Rio de Janeiro 24-230-322 Brazil

## Certification



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-411-590**
**Effective Date of Registration:**
August 02, 2024
**Registration Decision Date:**
September 09, 2024

## Title

**Title of Work:** Punctilious

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** April 18, 2018
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Russell Parker
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Russell Parker
504/188 Avenida Almirante Ary Parreiras, Icaraí, Niterói, Rio de Janeiro, 24-230-322, Brazil

## Rights and Permissions

**Name:** Russell Parker
**Email:** hello@russfussuk.com
**Address:** 504/188 Avenida Almirante Ary Parreiras
Icaraí, Niterói
Rio de Janeiro 24-230-322 Brazil

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-411-592**

**Effective Date of Registration:**
August 02, 2024
**Registration Decision Date:**
September 09, 2024



## Title

**Title of Work:** Rewind

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 22, 2018
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Russell Parker
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Russell Parker
504/188 Avenida Almirante Ary Parreiras, Icaraí, Niterói, Rio de Janeiro, 24-230-322, Brazil

## Rights and Permissions

**Name:** Russell Parker
**Email:** hello@russfussuk.com
**Address:** 504/188 Avenida Almirante Ary Parreiras
Icaraí, Niterói
Rio de Janeiro 24-230-322 Brazil

## Certification

**Name:** David Denholm





# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-412-419**

**Effective Date of Registration:**
August 02, 2024
**Registration Decision Date:**
September 12, 2024

## Title

**Title of Work:** UrbanTimber

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** July 28, 2018
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Russell Parker
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Russell Parker
504/188 Avenida Almirante Ary Parreiras, Icaraí, Niterói, Rio de Janeiro, 24-230-322, Brazil

## Rights and Permissions

**Name:** Russell Parker
**Email:** hello@russfussuk.com
**Address:** 504/188 Avenida Almirante Ary Parreiras
Icaraí, Niterói
Rio de Janeiro 24-230-322 Brazil

## Certification

**Name:** David Denholm



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-412-259**

**Effective Date of Registration:**
August 02, 2024

**Registration Decision Date:**
September 12, 2024

## Title

**Title of Work:** Flora

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** July 15, 2018
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Russell Parker
  **Pseudonym:** Russfuss, Russfussuk
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Russell Parker
504/188 Avenida Almirante Ary Parreiras, Icaraí, Niterói, Rio de Janeiro, 24-230-322, Brazil

## Rights and Permissions

**Name:** Russell Parker
**Email:** hello@russfussuk.com
**Address:** 504/188 Avenida Almirante Ary Parreiras
Icaraí, Niterói
Rio de Janeiro 24-230-322 Brazil

## Certification



# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-412-284**

**Effective Date of Registration:**
August 02, 2024
**Registration Decision Date:**
September 12, 2024

## Title

**Title of Work:** Play

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** October 19, 2019
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Russell Parker
  **Pseudonym:** Russfuss, Russfussuk
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Russell Parker
504/188 Avenida Almirante Ary Parreiras, Icaraí, Niterói, Rio de Janeiro, 24-230-322, Brazil

## Rights and Permissions

**Name:** Russell Parker
**Email:** hello@russfussuk.com
**Address:** 504/188 Avenida Almirante Ary Parreiras
Icaraí, Niterói
Rio de Janeiro 24-230-322 Brazil

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-411-626**
**Effective Date of Registration:**
August 02, 2024
**Registration Decision Date:**
September 09, 2024

## Title

**Title of Work:** SolarFlare

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** August 28, 2018
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Russell Parker
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Russell Parker
504/188 Avenida Almirante Ary Parreiras, Icaraí, Niterói, Rio de Janeiro, 24-230-322, Brazil

## Rights and Permissions

**Name:** Russell Parker
**Email:** hello@russfussuk.com
**Address:** 504/188 Avenida Almirante Ary Parreiras
Icaraí, Niterói
Rio de Janeiro 24-230-322 Brazil

## Certification

**Name:** David Denholm



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-411-937**

**Effective Date of Registration:**
August 02, 2024
**Registration Decision Date:**
September 10, 2024

## Title

**Title of Work:** DeadSweet

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** November 08, 2017
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Russell Parker
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Russell Parker
504/188 Avenida Almirante Ary Parreiras, Icaraí, Niterói, Rio de Janeiro, 24-230-322, Brazil

## Rights and Permissions

**Name:** Russell Parker
**Email:** hello@russfussuk.com
**Address:** 504/188 Avenida Almirante Ary Parreiras
Icaraí, Niterói
Rio de Janeiro 24-230-322 Brazil

## Certification

**Name:** David Denholm



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-412-282**
**Effective Date of Registration:**
August 02, 2024
**Registration Decision Date:**
September 12, 2024

## Title

**Title of Work:** Maxin

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** April 06, 2018
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Russell Parker
  **Pseudonym:** Russfuss, Russfussuk
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Russell Parker
504/188 Avenida Almirante Ary Parreiras, Icaraí, Niterói, Rio de Janeiro, 24-230-322, Brazil

## Rights and Permissions

**Name:** Russell Parker
**Email:** hello@russfussuk.com
**Address:** 504/188 Avenida Almirante Ary Parreiras
Icaraí, Niterói
Rio de Janeiro 24-230-322 Brazil

## Certification



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-411-630**

**Effective Date of Registration:**
August 02, 2024
**Registration Decision Date:**
September 09, 2024

## Title

**Title of Work:** Radiant

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** December 15, 2019
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Russell Parker
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Russell Parker
504/188 Avenida Almirante Ary Parreiras, Icaraí, Niterói, Rio de Janeiro, 24-230-322, Brazil

## Rights and Permissions

**Name:** Russell Parker
**Email:** hello@russfussuk.com
**Address:** 504/188 Avenida Almirante Ary Parreiras
Icaraí, Niterói
Rio de Janeiro 24-230-322 Brazil

## Certification

**Name:** David Denholm

