IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RUSSELL PARKER,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-02543

Judge John J. Tharp, Jr.

Magistrate Judge Heather K. McShain

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 7 | Waasmia |
| 28 | qicimaoyidian |
| 29 | SXMURP Autumn Sale Up to 50% off |
| 49 | MFJESEAA【Fast Delivery Only 7-10 Days】 |
| 50 | XIN RONG |
| 56 | JUKYHEBA |
| 66 | Sokhug-Prime Big Deal Days 2024 |
| 79 | HomeTrading-US |
| 80 | CUTEBAGS-US |
| 84 | siyan2019 |
| 93 | BYOIMUD |
| 94 | Lijinming Store |
| 96 | CYJMIKHSAA |
| 97 | BOOXK |
| 101 | WXMHGSDS |
| 103 | NIEWTR |
| 108 | WTXUE CO.Ltd |
| 112 | LINNAO Ltd |
| 114 | iookaz |

| | |
|---|---|
| 118 | Hassda |
| 119 | Cagnkofi |
| 122 | WHLBF |
| 123 | VogueAce |
| 124 | Tinad Biyus |
| 126 | TAOFULY |
| 131 | Choose Me |
| 132 | Uscallm |
| 133 | simplmasygenix |
| 134 | Amtdh |
| 137 | fartey |
| 139 | YIJIEKAI |
| 141 | Hemlock |
| 155 | Uhsinun |
| 161 | Biysah |
| 166 | HuaShao LLC |
| 167 | WNEGSTG |
| 173 | HXLMSJHSHAAA |
| 176 | ICV 2024 |
| 178 | Wonderful Life Co. Ltd |
| 179 | Lroveb |
| 181 | Aligament |
| 184 | Nianyouyu |
| 186 | DkinJom |
| 187 | SHENZHEN SHIMEI HE CUI KEJIYOUXIAN GONGSI |
| 189 | OJJCXA |

DATED: April 29, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on April 29, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                        */s/ Keith A. Vogt*
                                        Keith A. Vogt