**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RUSSELL PARKER, | |
| Plaintiff, | |
| v. | Case No. 25-cv-02543 |
| THE PARTNERSHIP AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Judge John J. Tharp, Jr. |
| | Magistrate Judge Heather K. McShain |
| Defendants. | |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff Russell Parker against the defendants identified on Schedule A, and using the Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Parker having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Parker having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that Parker has provided a basis to conclude that Defaulting Defendants have sold products bearing unauthorized copies of Parker's federally registered copyrights, which are protected by United States Copyright Registration Nos. VA 2-411-628; VA 2-412-426; VA 2-411-837; VA 2-412-295; VA 2-411-590; VA 2-411-592; VA 2-412-419; VA 2-412-259; VA 2-412-284; VA 2-411-626; VA 2-411-937; VA 2-412-282; and VA 2-411-630 (the "Parker Copyrights").

This Court further finds that Defaulting Defendants are liable for willful copyright infringement (17 U.S.C. §§ 106 and 501, *et seq.*).

Accordingly, this Court orders that Parker's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. reproducing, distributing copies of, making derivative works of, or publicly displaying the Parker Copyrights in any manner without the express authorization of Parker;

   b. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Parker, or are sponsored by, approved by, or otherwise connected with Parker; and

   c. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Parker, nor authorized by Parker to be sold or

offered for sale, and which bear any of Parker's copyrights, including the Parker Copyrights, or any reproductions, counterfeit copies, or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

   a. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Parker Copyrights or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Parker product or not authorized by Parker to be sold in connection with the Parker Copyrights.

3. Upon Parker's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods bearing unauthorized copies of the Parker Copyrights.

4. Pursuant to 17 U.S.C. § 504(c)(2), Parker is awarded statutory damages from each of the Defaulting Defendants in the amount of $5,000 for willful copyright infringement of the Parker Copyrights. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

3

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are hereby released to Parker as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are ordered to release to Parker the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Parker has recovered full payment of monies owed to it by any Defaulting Defendant, Parker shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Parker identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Parker may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Russell Parker and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The one hundred ninety-eight thousand dollar ($198,000) surety bond posted by Parker is hereby released to Parker or its counsel, Keith Vogt Ltd., 33 West Jackson Boulevard,

#2W, Chicago, Illinois, plus any accrued interest. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Parker or its counsel plus any accrued interest. This is a Default Judgment.

John J. Tharp, Jr.
United States District Judge

Date: May 14, 2025

# Schedule A

| No. | Defendants |
|---|---|
| 1 | |
| 2 | MINGshang |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | GUWHOUN 已备案，跟卖秒投 |
| 11 | |
| 12 | FEGLAN |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | ★ ★ ★ ★ ★Stylereal(✈✈ 7-15 Days) |
| 18 | |
| 19 | |
| 20 | JUCUNLL |
| 21 | |
| 22 | |
| 23 | |
| 24 | jinlinbeimeidianpu |
| 25 | HYUERMEN |
| 26 | JIATINGXI |
| 27 | HUAUWY |
| 28 | |
| 29 | |
| 30 | ZIXZMD |
| 31 | |
| 32 | |
| 33 | |
| 34 | Qleicom US |
| 35 | |
| 36 | |
| 37 | |
| 38 | CUFSO prime day 2024 |

6

| | |
|---|---|
| 39 | |
| 40 | QIFENS |
| 41 | |
| 42 | XHRBSI（7-14 days delivery）★★★★★ |
| 43 | Uotmiki 🏠 Ship from US delivered within 7-15 days |
| 44 | DGZTWLL |
| 45 | |
| 46 | GEQSWP |
| 47 | |
| 48 | shangqinkai |
| 49 | |
| 50 | |
| 51 | |
| 52 | |
| 53 | |
| 54 | |
| 55 | |
| 56 | |
| 57 | Aryapyper（6-11 days deliverly） |
| 58 | ANKJIX |
| 59 | |
| 60 | |
| 61 | Decorow |
| 62 | caoxuan321 |
| 63 | Show TINE ON |
| 64 | |
| 65 | |
| 66 | |
| 67 | PWOTUD |
| 68 | |
| 69 | DFooooti |
| 70 | |
| 71 | |
| 72 | BEIBEILA |
| 73 | |
| 74 | 枝江市朝露百货店个人独资 |
| 75 | LIUYUHUI123 |
| 76 | YOmigaot-Summer Deals UP 7-20 Days Delivery |

7

| 77  |             |
| --- | ----------- |
| 78  | LAIMUXI     |
| 79  |             |
| 80  |             |
| 81  | NEWAKI      |
| 82  | QINGYUNUG   |
| 83  | HZGS        |
| 84  |             |
| 85  | HHPZQQZA    |
| 86  | xcslc       |
| 87  | Aulemen     |
| 88  | DHPMUHYGS   |
| 89  | Tianstore   |
| 90  | WUWUQF      |
| 91  |             |
| 92  | PMUYBHF     |
| 93  |             |
| 94  |             |
| 95  | WILLBEST    |
| 96  |             |
| 97  |             |
| 98  | DXHMJUHGDAA |
| 99  | Kljhtnd     |
| 100 | Yueqmvl     |
| 101 |             |
| 102 | WalGRHFR    |
| 103 |             |
| 104 | Zhanuwin    |
| 105 | Beskino     |
| 106 | RUQXXK      |
| 107 | Yu tnsbel   |
| 108 |             |
| 109 | HGEJMI      |
| 110 | Hunpta      |
| 111 | YUARESTAR   |
| 112 |             |
| 113 | bcbaiee     |
| 114 |             |
| 115 | LINGZHI     |
| 116 | Eyclop Fashion |
| 117 | Lokdsa      |

| 118 | |
| 119 | |
| 120 | TMKBGHML |
| 121 | LILIy |
| 122 | |
| 123 | |
| 124 | |
| 125 | RFQWOVSR Clothing |
| 126 | |
| 127 | XHiaoai |
| 128 | MF Clothing |
| 129 | MEAGAOME |
| 130 | Xirln cn |
| 131 | |
| 132 | |
| 133 | |
| 134 | |
| 135 | |
| 136 | LDCDGS |
| 137 | |
| 138 | Cocsini |
| 139 | |
| 140 | |
| 141 | |
| 142 | |
| 143 | Wesracia |
| 144 | XHLuuan |
| 145 | FhsagQ |
| 146 | Poeux |
| 147 | Sonneor |
| 148 | GWJaoen |
| 149 | ZSMhaoii |
| 150 | HNMKIU Fashion Clothing |
| 151 | PMVFHDE Modern Clothing |
| 152 | XIFHUI Clothing |
| 153 | XiangqiCloth |
| 154 | uycd |
| 155 | |
| 156 | RJVICTOR |
| 157 | iaoenwK |
| 158 | Shengsospp |

| | |
|------|------------------------|
| 159 | YUongEN |
| 160 | Tanghouse Co.ltd |
| 161 | |
| 162 | qicimaoyo |
| 163 | PLfjlu |
| 164 | 8QIDA |
| 165 | Meizi Co.ltd |
| 166 | |
| 167 | |
| 168 | QYBOKLPJDA |
| 169 | vkekiu |
| 170 | |
| 171 | Kamisu |
| 172 | Rzymdnhda |
| 173 | |
| 174 | ahonZAS |
| 175 | RIQIANTUYU |
| 176 | |
| 177 | soxisue |
| 178 | |
| 179 | |
| 180 | Juaxvau |
| 181 | |
| 182 | Mphmshgda |
| 183 | YFJSMSJSHSSAA |
| 184 | |
| 185 | ZhijianhengEcommerce |
| 186 | |
| 187 | |
| 188 | Dowegor |
| 189 | |
| 190 | Daochuxuangongsi |
| 191 | JU97H |
| 192 | womens dress Co. Ltd |
| 193 | SZXZYGS |
| 194 | Eyzear |
| 195 | ZHFYNX |
| 196 | LRJTENG |
| 197 | Alpf2596 |
| 198 | QWKLEAJ |